UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Andre Todd,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>A.A. Lamarque, et al,<br><br>　　　　　Defendants.<br>_____/ | No. C 03-3995 SBA (WDB)<br><br>ORDER DIRECTING CALIFORNIA DEPARTMENT OF CORRECTIONS TO MAKE PLAINTIFF AVAILABLE BY TELEPHONE FOR SETTLEMENT CONFERENCE |

On Monday, August 6, 2007, at 2:00 p.m., the Court will conduct a settlement conference in this matter.

The Court ORDERS the California Department of Corrections to make plaintiff, Michael Andre Todd, inmate number H08125, available by telephone on August 6, 2007, from 2:00 p.m. until the conclusion of the settlement conference. Mr. Todd must be provided with the ability to have <u>confidential</u> discussions with his counsel and with the Court during the settlement conference. **Mr. Todd must telephone the Court at (510)-637-3326 at 2:00 p.m. on August 6th**.

IT IS SO ORDERED.

DATED: June 21, 2007

　　　　　　　　　　　　　　　　　　　　　　　／s／ Wayne D. Brazil
　　　　　　　　　　　　　　　　　　　　　　　Wayne D. Brazil
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

cc: parties, SBA, WDB

1