UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL ANDREA TODD, | ) | |
| Plaintiff(s), | ) | No. C03-3995 SBA (BZ) |
| v. | ) | **SCHEDULING ORDER** |
| A.A. LAMARQUE, et al., | ) | |
| Defendant(s). | ) | |

Having received plaintiff's motion to compel production of documents and <u>ex parte</u> motion for order shortening time to hear the same, **IT IS ORDERED** as follows:

1. Pursuant to my Initial Discovery Order, defendants shall file a two-page position letter addressing the disputed discovery by **Tuesday, June 26, 2007 at 4:00 p.m.**;

2. A telephonic conference is scheduled for **Wednesday, June 27, 2007 at 2:00 p.m.** to discuss the discovery disputes currently at issue. Counsel for plaintiff shall contact counsel for defendants and call chambers at **(415) 522-4093.**

Dated: June 25, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\TODD\SCH ORDER.wpd

1