UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANDREA TODD,  <br>       Plaintiff(s),  <br>   v.  <br>A.A. LAMARQUE, et al.,  <br>       Defendant(s). | No. C03-3995 SBA (BZ)  <br>**ORDER SHORTENING TIME** |

Following a telephonic discovery conference at which all parties were present, represented by counsel, **IT IS ORDERED** as follows:

1. The parties are urged to resolve this dispute in accordance with the view expressed by the court.

2. Plaintiff's application for order shortening time to hear his motion to compel discovery [Docket No. 89] is **GRANTED**;

3. If the parties cannot resolve this dispute, the opposition to plaintiff's motion to compel [Docket No. 92] shall be filed by **July 6, 2007**;

1

    4.   Any reply shall be filed by **July 10, 2007**;

    5.   If necessary, the Court will schedule a hearing.

Dated: June 27, 2007

                              Bernard Zimmerman
                        United States Magistrate Judge

G:\BZALL\-REFS\TODD\ORDER SHORTENING TIME.wpd