1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9

10  MICHAEL ANDREA TODD,        )
                                )
11           Plaintiff(s),      )        No. C03-3995 SBA (BZ)
                                )
12       v.                     )        **BRIEFING ORDER**
                                )
13  A.A. LAMARQUE, et al.,      )
                                )
14           Defendant(s).      )
                                )
15  _____)

16       On September 13, 2007, the California Department of

17  Corrections and Rehabilitation, including the Salinas Valley

18  State Prison, filed a motion to quash or modify a third party

19  subpoena, noticing it before Judge Armstrong.  All discovery

20  in this matter having been referred to me by Order dated June

21  6, 2007, **IT IS HEREBY ORDERED** as follows:

22       1. Opposition to the motion to quash will be filed no

23  later than **Thursday, October 4, 2007**;

24       2. Any reply will be filed by **Thursday, October 11, 2007**;

25       3. If necessary, a hearing on the motion will be held on

26  **Wednesday, October 31, 2007 at 10:00 a.m.** in Courtroom G, 15th

27  Floor, Federal Building, 450 Golden Gate Avenue, San

28  ///

                                 1

1  Francisco, California 94102.

2  Dated: September 25, 2007

3

4                          Bernard Zimmerman
                  United States Magistrate Judge

5

6  G:\BZALL\-REFS\TODD\Briefing Order 3rd P Disc.wpd

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28