**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| MICHAEL ANDRE TODD, | No. C 03-3995 SBA |
| Plaintiff, | **BRIEFING ORDER** |
| v. | [Docket No. 153] |
| A. LAMARQUE, *et al.*, | |
| Defendants. | |

Before the Court is defendant R.C. Garcia's *ex parte* application to extend the motion cut-off deadline [Docket No. 153] until the next available motion hearing date. On November 9, 2007, the defendant filed a motion for summary judgment. *See* Docket No. 156. The motion cut-off deadline is currently set for December 18, 2007. The next available hearing date is not until February 5, 2008. The pre-trial conference is scheduled for February 5, 2008, with trial set to begin on February 11, 2008.

Rather than extend the motion cut-off deadline to a time that coincides with the pre-trial conference, the Court will enter the following briefing schedule on the defendants' motion for summary judgment. The plaintiff is hereby ORDERED to file an opposition to the motion for summary judgment on or before November 27, 2007. The defendant, if he so chooses, may file a reply no later than December 4, 2007.

No hearing date on the motion will be set at this time. Instead, the Court will first consider the motion based upon the parties' submissions. In the event the Court requires oral argument, the Clerk will contact the parties.

This order terminates docket number 153.

IT IS SO ORDERED.

November 14, 2007

*Saundra B Armstrong*
Saundra Brown Armstrong
United States District Judge