UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL ANDREA TODD,)
)
       Plaintiff(s), )   No. C03-3995 SBA (BZ)
)
  v. )
) **SCHEDULING ORDER**
A.A. LAMARQUE, et al., )
)
       Defendant(s). )
)
)

    A telephone conference to discuss the discovery dispute set forth in Mr. Taub's letter dated November 28, 2007 is scheduled for **Thursday, December 6, 2007 at 10:00 a.m.** Counsel for plaintiff shall get counsel for defendant on the line and call the court at **415-522-4093.** Counsel for plaintiff shall be prepared to explain how his submission constitute a two page letter as required by the Initial Discovery Order.

Dated: December 6, 2007

                                        *Bernard Zimmerman* (signature)
                                        Bernard Zimmerman
                                United States Magistrate Judge

G:\BZALL\-REFS\TODD\scheduling order.WPD

1