JUDITH Z. GOLD (State Bar No. 97098)
WILLIAM J. HAPIUK (State Bar No. 220574)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: +1 (415) 772-6000
Facsimile: +1 (415) 772-6268
E-mail: judith.gold@hellerehrman.com
william.hapiuk@hellerehrman.com

Attorneys for Plaintiff
MICHAEL A. TODD

(SEE SIGNATURE PAGE FOR ADDITIONAL COUNSEL)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MICHAEL A. TODD,<br><br>Plaintiff,<br><br>v.<br><br>A. LAMARQUE, et al.,<br><br>Defendant. | Case No.: C 03-3995 SBA (BZ)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF EXPERT DISCOVERY DEADLINE FOR THE SOLE PURPOSE OF FURTHER DEPOSITION OF DEFENDANT'S EXPERT ADAM GOLDYNE**<br><br>Judge: Hon. Saundra Brown Armstrong |

Plaintiff Michael A. Todd and Defendant Rogelio Garcia, by and through their respective counsel, hereby stipulate, pursuant to Civil L.R. 7-12, to the following request that the Court extend the expert discovery cutoff until December 17, 2007 for the sole purpose of permitting plaintiff to depose defendant's expert Dr. Adam Goldyne about matters arising from previously withheld documents that have now been produced as described below. In support, the parties state the following:

1. On July 11, 2007, the Court issued an order setting October 1, 2007 as the disclosure date for expert witnesses, and October 30, 2007 as the expert discovery cutoff.

2. On October 4, 2007, the Court denied defendant's motion to enlarge time for

i

PLAINTIFF'S OPPOSITION TO DEFENDANT'S SECOND SUMMARY JUDGMENT MOTION: C 03-3995 SBA (BZ)

defendant's expert Adam Goldyne to conduct a mental examination of plaintiff, to provide a psychiatric expert report, and to extend the expert discovery deadline.

3. On October 17, 2007, defendant disclosed an expert report written by Goldyne.

4. On October 25, 2007, the Court granted in part and denied in part plaintiff's motion to strike defendant's designation of Goldyne as a rebuttal expert witness and to preclude his testimony pursuant to Federal Rule of Civil Procedure 37. The Court ruled that "Dr. Goldyne may be offered as a rebuttal expert. The expert discovery deadline in this matter will be extended to November 30, 2007, for the sole purpose of allowing the plaintiff greater time to depose Dr. Goldyne, if he so chooses."

5. After reaching agreement with defense counsel regarding the date for the Goldyne deposition, plaintiff noticed the deposition of Goldyne for November 19, 2007 pursuant to a subpoena.

6. Before the deposition, defendant's counsel served objections to the subpoena duces tecum and withheld certain documents, namely, Goldyne's time records for this case up to November 14, 2007 and certain correspondence between Goldyne and defendant's counsel (hereinafter "the Withheld Documents").

7. Thereafter, the parties attempted to resolve their dispute about the Withheld Documents. On November 16, 2007, the parties submitted letters to Magistrate Judge Zimmerman about the Withheld Documents. Judge Zimmerman held a discovery conference on November 16 and ordered the deposition to go forward as scheduled on November 19, 2007.

8. On November 19, 2007, plaintiff took the deposition of Goldyne and during the deposition asked for the Withheld Documents.

9. On November 28, 2007, plaintiff submitted a letter brief to Judge Zimmerman asking for his assistance in compelling the production of the Withheld Documents and arranging for additional deposition time with Goldyne once the Withheld Documents were produced

10. On December 6, 2007, Judge Zimmerman held a discovery conference and ordered a briefing schedule for a motion regarding the Withheld Documents. Thereafter, the parties met and conferred about his discovery dispute, and defendant's counsel produced the Withheld Documents.

Heller
Ehrman LLP

ii
PLAINTIFF'S OPPOSITION TO DEFENDANT'S SECOND SUMMARY JUDGMENT MOTION: C 03-3995 SBA (BZ)

11. On December 7, 2007, the parties reached an agreement whereby plaintiff will depose Goldyne for 1.5 hours on December 17, 2007 and that defendant will pay for Dr. Goldyne's time for such deposition.

For the foregoing reasons, the parties respectfully request that the Court extend the expert discovery deadline until December 17, 2007 for the sole purpose of permitting plaintiff to depose Dr. Goldyne for an additional 1.5 hours about matters arising out of the previously Withheld Documents.

December 11, 2007

Respectfully submitted,

HELLER EHRMAN LLP

By _____
William J. Hapiuk

Attorneys for Plaintiff
MICHAEL A. TODD

Attorney General of the State of California

By _____
Neah Huynh
Deputy Attorney General

Attorneys for Defendant
ROGELIO GARCIA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PURSUANT TO STIPULATION, IT IS SO ORDERED that expert discovery is extended until December 17, 2007 for the sole purpose of allowing plaintiff the opportunity to depose defendant's expert Adam Goldyne about matters arising out of the Withheld Documents that have now been recently produced.

Dated: 12/12/07

BY THE COURT:

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

iii
PLAINTIFF'S OPPOSITION TO DEFENDANT'S SECOND SUMMARY JUDGMENT MOTION: C 03-3995 SBA (BZ)