UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANDREA TODD, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> A.A. LAMARQUE, et al., ) <br> ) <br> Defendant(s). ) <br> ) <br> _____ ) | No. C03-3995 SBA (BZ) <br><br> **ORDER SCHEDULING TELEPHONIC CONFERENCE** |

A hearing on the dispute outlined in plaintiff's letter dated December 21, 2007 is scheduled for **Thursday, January 3, 2008 at 3:00 p.m.** Counsel for plaintiff shall get counsel for defendant on the line and call chambers at **415-522-4093**.

Dated: December 27, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\TODD\TEL CONF.ORDER2.wpd

1