UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL ANDREA TODD, | ) | |
| Plaintiff(s), | ) | No. C03-3995 SBA (BZ) |
| v. | ) | |
| A.A. LAMARQUE, et al., | ) | **ORDER COMPELLING FURTHER PRODUCTION OF DOCUMENTS** |
| Defendant(s). | ) | |

Following a telephone conference, **IT IS HEREBY ORDERED** as follows:

1. By **noon on January 10, 2008**, the California Department of Corrections and Rehabilitation (CDC) and Salinas Valley State Prison (Salinas) shall produce any further documents they have located which respond to the subpoenas served on them.

2. If plaintiff is not satisfied with the production, plaintiff may take one deposition of each of the custodians of records for the CDC and for Salinas in order to obtain testimony regarding the search for the subpoenaed documents and the basis for any conclusions that no further responsive

1

documents exist.  If such depositions are necessary, they shall be completed by **January 17, 2008.**

Dated: January 8, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\TODD\ORDER COMPELLING FURTHER PRODUCTION.wpd