UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANDREA TODD,<br><br>            Plaintiff(s),<br><br>    v.<br><br>A.A. LAMARQUE, et al.,<br><br>            Defendant(s). | No. C03-3995 SBA (BZ)<br><br>**DISCOVERY ORDER** |

The court has read Mr. Hirsig's letter dated January 14, 2008 and Ms. Gold's letter dated January 16, 2008. In the interest of expediting discovery so that Judge Armstrong's schedule can be met, **IT IS ORDERED** as follows:

1. It is not clear what plaintiff's position is with respect to receiving CDC and Salinas documents under the existing protective order. It is therefore **ORDERED** that all "Green Wall" documents in the CDC's and Salinas' possession which are responsive to the subpoenas shall be **IMMEDIATELY** produced to counsel for plaintiff, as documents designated "Confidential-Attorneys' Eyes Only" pursuant to the protective order entered July 25, 2007. If plaintiff disagrees with this

1

portion of the Order, he may object after the documents have been produced.

  2. The court reads Ms. Gold's letter as a request to depose the custodians, pursuant to my prior order. The court grants the parties one more day, through **January 18, 2008**, to complete the depositions of the custodians. If the parties cannot agree on the location of the depositions, they shall occur in the jury room of courtroom G on the 15th floor of the courthouse.

  3. This court will not stay this Order.

Dated: January 16, 2008

             _/s/ Bernard Zimmerman_
              Bernard Zimmerman
            United States Magistrate Judge

G:\BZALL\-REFS\TODD\ORDER RE PROTECTIVE ORD.wpd