JUDITH Z. GOLD (State Bar No. 97098)
WILLIAM J. HAPIUK (State Bar No. 220574)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: +1 (415) 772-6000
Facsimile: +1 (415) 772-6268
E-mail:    judith.gold@hellerehrman.com
              william.hapiuk@hellerehrman.com

Attorneys for Plaintiff
MICHAEL A. TODD

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

|  |  |
|---|---|
| MICHAEL A. TODD,<br><br>                              Plaintiff,<br><br>        v.<br><br>A. LAMARQUE, *et al.*,<br><br>Defendant. | Case No.: C 03-3995 SBA (BZ)<br><br>**WRIT OF HABEAS CORPUS AD TESTIFICANDUM – PLAINTIFF MICHAEL A. TODD**<br><br>Trial Date: February 11, 2008<br>Time:  8:30 a.m.<br>Place:  Courtroom 9, 19th Floor<br>Judge:  Hon. Saundra Brown Armstrong |

TO: THE WARDEN OF THE KERN VALLEY STATE PRISON, AND THE UNITED STATES MARSHAL, NORTHERN DISTRICT OF CALIFORNIA

We command you to bring the body of Michael A. Todd, H-08125 to Courtroom 3, United States Courthouse, 1301 Clay Street, Oakland, California, at 9:00 a.m. on February 11, 2008, and on all subsequent days on which trial will be held.  Mr. Todd is currently incarcerated at Kern Valley State Prison, 3000 West Cecil Avenue, Delano, California.

Mr. Todd shall appear in street clothes and unshackled.

Heller
Ehrman LLP

WITNESS the Honorable Saundra Brown Armstrong, Judge of the District Court for the Northern District of California.

Dated: 1/16/08

The Honorable Saundra Brown Armstrong
United States District Court for the Northern
District of California

Heller
Ehrman LLP