UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL ANDREA TODD, | ) | |
| Plaintiff(s), | ) | No. C03-3995 SBA (BZ) |
| v. | ) | **NOTICE OF INTENT** |
| A.A. LAMARQUE, et al., | ) | **TO CERTIFY CONTEMPT** |
| Defendant(s). | ) | |

Before the court is a letter from plaintiff's counsel dated January 17, 2008. Document 223. Attached to it is a letter from Mr. Hirsig which indicates that at least the CDC will not be producing the discovery required by the Discovery Order entered January 16, 2008. It is not clear whether that is also the position of Salinas Valley State Prison.

As of the entry of this Order, it does not appear that the CDC has sought a stay of the Discovery Order from Judge Armstrong. Trial is scheduled for February 11, 2008 and this discovery dispute has been brewing for many months. Under the circumstances, and in an effort to ensure the completion of discovery prior to trial, it is **ORDERED** as follows:

1

In the event the discovery required by the Discovery Order is not completed by **5:00 p.m.** today, counsel for plaintiff shall immediately file a declaration under penalty of perjury setting forth the facts of the witnesses' non-compliance. The court will then certify the facts it believes constitute contempt to Judge Armstrong pursuant to 28 U.S.C. § 636(e)(6).

Dated: January 18, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\TODD\ORDER TO SHOW CAUSE.FINAL.2.wpd