UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL ANDREA TODD, | ) | |
| Plaintiff(s), | ) | No. C03-3995 SBA (BZ) |
| v. | ) | |
| A.A. LAMARQUE, et al., | ) | **CERTIFICATION OF FACTS RE CONTEMPT** |
| Defendant(s). | ) | |

I **HEREBY CERTIFY** the following facts to the Honorable Saundra Brown Armstrong in support of an entry of a judgment of civil contempt against the California Department of Corrections and Rehabilitation (CDC) and Salinas Valley State Prison (Salinas) and/or their attorneys of record, McNamara, Dodge, Ney, Beatty, Slattery, Pfalzer, Borges & Brothers, LLP.[1]

---

[1] In a matter referred under 28 U.S.C. § 636(b), a magistrate judge has the power to certify to a district judge facts supporting the entry of a judgment of contempt for disobedience of a lawful order. 28 U.S.C. § 636(e)(6)(B). The district judge shall thereupon hear the evidence as to the act or conduct complained of and, if it is such as to warrant punishment, punish such person in the same manner and to the same extent as for a contempt committed before a district

1

1.   In this action, plaintiff brought suit under 42 U.S.C. § 1983.  On June 20, 2007, Judge Armstrong referred all discovery disputes to me.

2.   On September 18, 2007, the CDC which includes Salinas, third parties to the instant suit, filed a motion to quash subpoenas served on them on or about August 23, 2007 by plaintiff.  (Docket Nos. 120 - 122.)  Alternatively, the CDC requested a protective order.

3.   On October 26, 2007, I denied the CDC's motion to quash the subpoenas with respect to documents from 1999 to present in the custody of the CDC and Salinas regarding the alleged "Green Wall" and granted the CDC's request for a protective order ordering that all documents be produced pursuant to the "Attorneys Eyes Only" protective order entered on July 25, 2007.  (Docket Nos. 116 & 150.)

4.   On December 21, 2007, plaintiff requested a conference to discuss what he perceived as non compliance with my October 26, 2007 Order.  Following a hearing on January 8, 2008, I issued an Order Compelling Further Discovery.  (Docket No. 195.)  I ordered the CDC and Salinas to produce any further documents they had located in response to the subpoenas by noon on January 10, 2008.  I also gave plaintiff leave to depose the custodians of records for the CDC and Salinas if he was not satisfied with their production in order to obtain testimony regarding the search for the subpoenaed documents and any basis for the conclusion that no further documents

---

judge.  28 U.S.C. § 636(e)(6).

exist.  I ordered that if such depositions were necessary, they were to be concluded by January 17, 2008.

5.  At a further telephonic hearing on January 10, 2008, I reaffirmed that the CDC and Salinas had to produce their custodians of record for depositions pursuant to my January 8, 2008 Order Compelling Further Discovery, in the event plaintiff was not satisfied with the document production.

6.  On January 16, 2008 counsel for the CDC and Salinas wrote that his clients had located an investigative report regarding the "Green Wall" prepared by the Office of Internal Affairs. (Docket No. 213.)  He requested that the report be specifically protected by a protective order, that his client be provided additional time to produce the report and that plaintiff be given additional time to depose the custodians.

7.  On January 16, 2008 counsel for plaintiff wrote stating that counsel for the CDC and Salinas were still not complying with my Orders.  (Document No. 214)

8.  On January 16, 2007 I issued another Discovery Order directing the CDC and Salinas to produce all "Green Wall" documents responsive to the subpoenas immediately and to designate those documents as "Confidential - Attorneys Eyes Only" pursuant to the July 25, 2007 protective order.  (Docket No. 215.)  I also provided the CDC and Salinas with an additional day, to January 18, 2008, in which to produce their custodians of records for deposition.

9.  On January 17, 2008 counsel for plaintiff wrote attaching a letter from counsel for the CDC and Salinas stating that they would not produce the custodians for

3

depositions and they would seek review of the previous orders. (Docket No. 223.)

10. On January 18, 2008, I issued an Order of Intent to Certify Contempt based on the CDC and Salinas' refusal to comply with my previous orders. (Docket Nos. 224.) I noted that this discovery dispute had been brewing for months and that the February 11, 2008 trial date was fast approaching. In the event that the discovery ordered in my previous orders was not completed by 5 p.m. on that day, I ordered plaintiff's counsel to prepare a declaration of facts of the CDC and Salinas' non-compliance.

11. On January 18, 2008, plaintiff's counsel filed such a Declaration. (Docket no. 225.) Plaintiff's counsel declared that the CDC did not produce the Internal Affairs report regarding the "Green Wall" until after 5 p.m., in violation of my numerous previous orders. Plaintiff's counsel further declares that the report "is heavily redacted to the point of virtual unusability." Id. Based on plaintiff's counsel's brief initial review of the report, it appears that the CDC redacted all the names of the correctional officers who were alleged to have been members of the "Green Wall" as well as the names of those interviewed for the report. Id. at ¶ 3, f. The report also allegedly refers to documents relied on to prepare the report which were not produced. Id. The CDC's and Salinas' repeated refusals to produce all documents from 1999 to present relating the "Green Wall" is a clear violation of my previous orders, as is the failure to produce their custodians of records for deposition after plaintiff

4

demanded such depositions.

Under these circumstances, I deem it appropriate to certify this matter to Judge Armstrong's authority under 28 U.S.C. § 636(e)(6)(B)(iii) to issue an order of civil contempt for failure to comply with my previous discovery orders.

Dated: January 22, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\TODD\CERT.FACTS.CONTEMPT.BZ.wpd