UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANDREA TODD,<br><br>  Plaintiff(s),<br><br>  v.<br><br>A.A. LAMARQUE, et al.,<br><br>  Defendant(s). | No. C03-3995 SBA (BZ)<br><br>**ORDER SCHEDULING HEARING** |

**IT IS HEREBY ORDERED** that a hearing on the status of compliance with previous discovery orders is scheduled for **Friday, January 25, 2008 at 1:30 p.m.** in Courtroom G, 15th Floor, Federal Building, San Francisco, California 94102. The hearing will focus on whether further orders under Rule 37 will produce compliance with the court's earlier orders. A representative of the CDC who has personal knowledge of the efforts the CDC has made to comply with the earlier orders shall attend.

Dated: January 22, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\TODD\ORDER SCHEDULING HEARING.BZ.wpd

1