UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL ANDREA TODD, | ) | |
| Plaintiff(s), | ) | No. C03-3995 SBA (BZ) |
| v. | ) | |
| A.A. LAMARQUE, et al., | ) | **SECOND ORDER SCHEDULING HEARING RE DISCOVERY** |
| Defendant(s). | ) | |

**IT IS HEREBY ORDERED** that a further hearing on the status of compliance with previous discovery orders I issued on January 25, 2008, and for further consideration of whether sanctions are necessary and appropriate is scheduled for **Thursday, January 31, 2008 at 9:00 a.m.** in Courtroom G, 15th Floor, Federal Building, San Francisco, California 94102.

Dated: January 25, 2008

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\TODD\SECOND ORDER SCHED.FURTHER.HRG.RE DISCOVERY.wpd

1