UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL ANDREA TODD, | ) | |
| Plaintiff(s), | ) | No. C03-3995 SBA (BZ) |
| v. | ) | |
| | ) | **ORDER REOPENING DISCOVERY** |
| A.A. LAMARQUE, et al., | ) | |
| Defendant(s). | ) | |

**IT IS HEREBY ORDERED** that discovery in this matter is reopened for the limited purpose of allowing plaintiff to serve a subpoena duces tecum on the State of California, Office of the Inspector General. Plaintiff must serve the subpoena by **5:00 p.m. on January 28, 2008**. Good cause appearing, the time to respond to the subpoena is shortened to February 1, 2008. If the Office of Inspector General has any questions why time is being shortened, it may wish to inquire of the Office of the Attorney General which is representing defendant in this action. All documents produced by the Office of Inspector General shall be subject to the stipulated protective order entered by the court on **July 25, 2007.**

If the Office of Inspector General concludes that it

needs a court order to permit it to produce these documents consistent with state law, it may file and serve such a request on or before **February 1, 2008** and it will be **GRANTED** unless any interested party offers a meritorious objection which has not already been placed on the record.

Dated: January 28, 2008

                                                 Bernard Zimmerman
                                     United States Magistrate Judge

G:\BZALL\-REFS\TODD\ORDER REOPENING DISC.wpd