UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANDREA TODD,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>A.A. LAMARQUE, et al.,<br><br>　　　　Defendant(s). | No. C03-3995 SBA (BZ)<br><br>**ORDER TO FURTHER MODIFY THE NOVEMBER 9, 2005 PROTECTIVE ORDER ENTERED IN TILLIS V. LAMARQUE: C04-3763** |

Following the January 31, 2008 hearing**, IT IS HEREBY ORDERED** that my January 28, 2008 Order Modifying the November 9, 2005 Protective Order Entered in Tillis v. Lamarque: C04-3763 is modified as follows:

Upon receipt of the documents from Morrison & Foerster, counsel for plaintiff shall have a lawyer or legal assistant review the documents and redact all social security numbers, telephone numbers, addresses and other personal identifying information of all individuals identified in the documents,

///

///

1

prior to their being turned over to other counsel for substantive review.

Dated: January 31, 2008

_____
Bernard Zimmerman
United States Magistrate Judge