UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANDREA TODD,<br><br>Plaintiff(s),<br><br>v.<br><br>A.A. LAMARQUE, et al.,<br><br>Defendant(s). | No. C03-3995 SBA (BZ)<br><br>**ORDER TO PRODUCE DOCUMENTS PURSUANT TO SUBPOENAS** |

For reasons given during today's hearing, the California Department of Corrections and Salinas Valley State Prison are **HEREBY ORDERED TO** produce a copy of all documents found in the investigative or employment files mentioned by Lieutenant McCall during his testimony, for R. Garcia, F. Chavez, P. Lord, C. Cuykendall, R. Binkele, and M. Collier, which relate to the individual's association or membership, or alleged association or membership, in the "Green Wall." All documents shall be produced to plaintiff by **5:00 p.m.** on **Monday, February, 3, 2008.**

Dated: January 31, 2008

_Bernard Zimmerman_
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\TODD\ORDER TO PRODUCE DOCUMENTS.wpd

1