UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL ANDREA TODD, | ) | |
| Plaintiff(s), | ) | No. C03-3995 SBA (BZ) |
| v. | ) | |
| A.A. LAMARQUE, et al., | ) | **ORDER AMENDING ORDER REOPENING DISCOVERY** |
| Defendant(s). | ) | |

For the reasons expressed on the record at today's hearing, **IT IS HEREBY ORDERED** that my January 28, 2008 Order Reopening Discovery is amended as follows:

1. The Office of the Inspector General is relieved of the obligation to respond to the subpoena by **February 1, 2008**.

2. The parties and non-parties are urged to try to resolve the remaining differences with respect to the production of documents covered by the subpoena so as to not to impact the trial schedule. The court understands that counsel for the Office of the Inspector General has agreed to review the "Tellez" investigation file by **Thursday, February 7, 2008** and produce all non-objectionable documents in

1

response to the subpoena. The court thanks the Office of the Inspector General for its cooperation.

    3. If after **February 7, 2008** plaintiff believes that the Office of the Inspector General has not complied with the subpoena, it has leave to file an appropriate motion.

Dated: January 31, 2008

                                    Bernard Zimmerman
                          United States Magistrate Judge

G:\BZALL\-REFS\TODD\AMENDED ORDER REOPENING DISC.wpd