JUDITH Z. GOLD (State Bar No. 97098)
WILLIAM J. HAPIUK (State Bar No. 220574)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
E-mail:     judith.gold@hellerehrman.com
            bill.hapiuk@hellerehrman.com

Attorneys for Plaintiff
MICHAEL A. TODD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MICHAEL A. TODD,<br><br>                    Plaintiff,<br><br>        v.<br><br>A. LAMARQUE, *et al.*,<br><br>                    Defendant. | Case No.: C 03-3995 SBA (BZ)<br><br>**PLAINTIFF MICHAEL A. TODD'S OPPOSITION TO DEFENDANT'S MOTION TO ALLOW LATE FILING OF HIS MOTIONS IN LIMINE AND OBJECTIONS TO EVIDENCE**<br><br>Pretrial Conference: Feb. 5, 2008<br>Time 1:00 p.m.<br>Trial Date: Feb. 11, 2008<br>Time: 8:30 a.m.<br>Courtroom 3<br>Judge: Hon. Saundra Brown Armstrong |

Plaintiff Michael A. Todd opposes this motion for all the reasons set forth in plaintiff's Opposition To And Request To Strike Defendant's Untimely Motions In Limine And Evidentiary Objections, filed herein on January 29, 2008 ("Plaintiff's Opposition"). *None* of the authorities cited by defendant in his motion—or for that matter, in his purported "opposition" to Plaintiff's Opposition that he filed without any permission to do so on January 31(which the Court should therefore strike)—say that defendant could simply disregard, without any consequences, the deadlines set by the Court's long-standing Order For Pretrial Preparation or that the Court was ever stripped of its power to enforce its Order

Heller Ehrman LLP

PLAINTIFF MICHAEL A. TODD'S OPPOSITION TO DEFENDANT'S MOTION TO ALLOW LATE FILING OF HIS MOTIONS IN LIMINE AND OBJECTIONS TO EVIDENCE: C03-3995 SBA (BZ)

1  For Pretrial Preparation.  Once again, defendant simply has the law wrong.  Plaintiff
2  respectfully requests that the motion be denied.

3  Dated:  February 1, 2008                    HELLER EHRMAN LLP

4
                                               By:_____/s/_____
5                                                  JUDITH Z. GOLD
                                                   WILLIAM J. HAPIUK
6
                                               Attorneys for Plaintiff
7                                              MICHAEL A. TODD