JUDITH Z. GOLD (State Bar No. 97098)
WILLIAM J. HAPIUK (State Bar No. 220574)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
E-mail:  judith.gold@hellerehrman.com
         bill.hapiuk@hellerehrman.com

Attorneys for Plaintiff
MICHAEL A. TODD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MICHAEL A. TODD,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>A. LAMARQUE, *et al.*,<br><br>　　　　　　　　Defendant. | Case No.: C 03-3995 SBA (BZ)<br><br>**ORDER VACATING THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR PLAINTIFF MICHAEL A. TODD SIGNED ON JANUARY 16, 2008**<br><br>Trial Date: February 27, 2008<br>Time: 8:30 a.m.<br>Place: Courtroom 9, 19th Floor<br>Judge: Hon. Saundra Brown Armstrong |

　　　The Writ of Habeas Corpus Ad Testificandum for Michael A. Todd signed by the Court on January 16, 2008 is hereby VACATED. The Court will issue another Writ of Habeas Corpus Ad Testificandum to reflect the new trial date in the above entitled matter.

Dated: 2/8/08　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　The Honorable Saundra Brown Armstrong
　　　　　　　　　　　　　　　　　United States District Judge

Heller Ehrman LLP

[PROPOSED] ORDER VACATING THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR PLAINTIFF MICHAEL A. TODD SIGNED ON JANUARY 16, 2008
C 03-3995 SBA (BZ)

Heller
Ehrman LLP