JUDITH Z. GOLD (State Bar No. 97098)
WILLIAM J. HAPIUK (State Bar No. 220574)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
E-mail: judith.gold@hellerehrman.com
bill.hapiuk@hellerehrman.com

Attorneys for Plaintiff
MICHAEL A. TODD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MICHAEL A. TODD,<br><br>            Plaintiff,<br><br>v.<br><br>A. LAMARQUE, *et al.*,<br><br>Defendant. | Case No.: C 03-3995 SBA (BZ)<br><br>**WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR CHARLES LEE LITTLE**<br><br>Trial Date: February 27, 2008<br>Time: 8:30 a.m.<br>Place: Courtroom 3, 3rd Floor<br>Judge: Hon. Saundra Brown Armstrong |

TO: THE WARDEN OF THE FOLSOM STATE PRISON, AND THE UNITED STATES MARSHAL, NORTHERN DISTRICT OF CALIFORNIA

For all of the reasons set forth in plaintiff's Motion for Writs of Habeas Corpus Ad Testificandum filed on January 3, 2008 and to reflect the new trial date set by the Court in the above-entitled matter, we command you to bring the body of Charles Lee Little, CDC No. E-29040, to Courtroom 3, United States Courthouse, 1301 Clay Street, Oakland, California, at 8:30 a.m. on February 27, 2008, and on all subsequent days on which he will

[PROPOSED] WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR CHARLES LEE LITTLE
C 03-3995 SBA (BZ)

testify.  Mr. Little is currently incarcerated at Folsom State Prison, 300 Prison Road, Represa, California.

Mr. Little shall appear in street clothes.

WITNESS the Honorable Saundra Brown Armstrong, Judge of the District Court for the Northern District of California.

Dated: 2/14/08

                                                */s/ Saundra B. Armstrong*
The Honorable Saundra Brown Armstrong
United States District Judge