1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  THOMAS S. PATTERSON
   Supervising Deputy Attorney General
5  NEAH HUYNH, State Bar No. 235377
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA 94102-7004
7   Telephone: (415) 703-5720
    Fax: (415) 703-5843
8   Email: Neah.Huynh@doj.ca.gov

9  Attorneys for Defendant Garcia

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **MICHAEL A. TODD,**<br><br>                                          Plaintiff,<br><br>v.<br><br>**A. LAMARQUE, et al.,**<br><br>                                          Defendants. | Case No. C 03-3995 SBA (BZ)<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT INMATE RONELL DRAPER, CDCR No. T-14113**<br><br>Trial Date: February 27, 2008<br>Time:         8:30 a.m.<br>Courtroom: 3<br>Judge:       The Honorable Saundra B. Armstrong |

Inmate, **RONELL DRAPER, CDCR No. T-14113**, a necessary and material witness in proceedings in this case beginning on February 27, 2008, at 8:30 a.m., is confined at Richard J. Donovan Correctional Facility. In order to secure this inmate's attendance at the trial scheduled for February 27, 2008 in Courtroom 3 of the United States District Court for the Northern District of California, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the Warden of Richard J. Donovan Correctional Facility, custodian of Ronell

Draper, CDCR No. T-14113, to produce said inmate in Courtroom 3 of the United States District Courthouse, 1301 Clay Street, 3rd Floor, Oakland, California 94612, the Honorable Saundra B. Armstrong presiding, beginning on February 27, 2008 at 8:30 a.m. and the subsequent trial days beginning at 8:30 a.m.

///

///

[Proposed] Order & Writ of Habeas Corpus Ad Testific. Transport Inmate Ronell Draper, CDCR No. T-14113

*Todd v. Lamarque, et al.*
Case No. C 03-3995 SBA (BZ)

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding Richard J. Donovan Correctional Facility and the California Department of Corrections and Rehabilitation to produce inmate **Ronell Draper, CDCR No. T-14113,** to testify in the United States District Court for the Northern District of California at the time and place above, and from day to day until completion of court proceedings or as ordered by the Court, and thereafter to return the inmate to the above institution.

2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

To: The Warden of Richard J. Donovan Correctional Facility
   480 Alta Road, San Diego, CA 92179

YOU ARE COMMANDED to produce inmate **Ronell Draper, CDCR No. T-14113**, to testify in the United States District Court for the Northern District of California at the time and place above, and from day to day until completion of court proceedings or as ordered by the Court, and thereafter to return the inmate to the above institution.

FURTHER, you have been ordered to notify the Court of any change in custody of this inmate and are ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: 2/14/08

*[signature]*
The Honorable Saundra B. Armstrong
United States District Judge