**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

MICHAEL A. TODD,

    Plaintiff,

v.

A. LAMARQUE, *et al.*,

    Defendants.

No. C 03-3995 SBA

**ORDER**

[Docket Nos. 327, 354]

Before the Court is plaintiff Michael A. Todd's Request for Order Pursuant to July 25, 2007 Stipulated Protective Order [Docket No. 327]. The Court granted this request on February 12, 2008 [Docket No. 354]. Upon further consideration, the Court VACATES this order, and instead orders the parties to meet and confer, as instructed by Magistrate Judge Zimmerman, before bringing this issue before the Court.

On July 25, 2007, Magistrate Judge Zimmerman issued a stipulated protective order, which included a provision allowing the parties to produce documents and designate them for "attorneys' eyes only." Docket No. 116 ¶ 5 (Stipulated Protective Order). His order also included the following language:

> The Parties shall confer and attempt to agree before any hearing or trial on additional procedures under which "CONFIDENTIAL-ATTORNEYS' EYES ONLY" information may be introduced into evidence or otherwise used in court, and shall seek approval from the Court as necessary. If necessary, the Court may be asked to issue an order governing the use of Protected Material.

*Id.* ¶ 9.

To date, movants only state they attempted to call opposing counsel, more than once, on January 23, 2008, and on some additional occaissions, to which there has been no response. Docket No. 330 ¶ 3 (Decl. of William J. Hapiuk in Sup. of Pl. Michael A. Todd's Request for Order Pursuant to Jul. 25, 2007 Stipulated Protective Order). Trial is not set to begin until February 27,

2008.  The parties have time and shall make a reasonable attempt to meet and confer on this issue, before bringing it before the Court.  As instructed in the pre-trial conference, the parties shall reach agreements where it is possible and reasonable to do so.

Therefore, the Court VACATES its Order Governing Use at Trial of Materials Produced under July 25, 2007 Stipulated Protective Order [Docket No. 354], entered on February 12, 2008, and orders the parties to meet and confer on the issue of using at trial, documents produced under Magistrate Judge Zimmerman's July 25, 2007 protective order, before bringing this issue before the Court.

IT IS SO ORDERED.

February 14, 2008

_____
Saundra Brown Armstrong
United States District Judge