**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

MICHAEL A. TODD,

    Plaintiff,

v.

A. LAMARQUE, *et al.*,

    Defendants.

No. C 03-3995 SBA

**ORDER**

[Docket No. 339]

Before the Court is Michael A. Todd's Plaintiff's Ex Parte Motion to Shorten Time on Plaintiff Michael A. Todd's Motion for Imposition of Sanctions [Docket No. 339] (the "Ex Parte Motion"), which requests the Court shorten the time to consider his Memorandum of Points and Authorities in Support of Motion for Imposition of Sanctions [Docket No. 343] (the "Motion"). The Motion requests the Court to advise the jury that non-party, the California Department of Corrections and Rehabilitation, violated discovery orders issued by Magistrate Judge Zimmerman. The Court DENIES the Ex Parte Motion. If Todd desires the Court to give further consideration to this request, he should notice the Motion for a hearing, in accordance with the Court's Standing Order.

IT IS SO ORDERED.

February 15, 2008

                                    Saundra Brown Armstrong
                                    United States District Judge