**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

MICHAEL A. TODD,

        Plaintiff,

 v.

A. LAMARQUE, *et al.*,

        Defendants.

No. C 03-3995 SBA

**ORDER**

[Docket No. 1; Docket Entry for 3/17/2005]

On March 5, 2008, the parties reached a settlement. In open court, on this date, plaintiff Michael A. Todd voluntarily dismissed with prejudice his complaint [Docket No. 1] and first amended complaint [Docket entry for 3/17/2005]. Accordingly, plaintiff's complaint and first amended complaint are DISMISSED with PREJUDICE. The Clerk of Court is directed to close the case file and any pending matters related to it.

IT IS SO ORDERED.

March 11, 2008

                                      _Saundra B Armstrong_
                                      Saundra Brown Armstrong
                                      United States District Judge