JUDITH Z. GOLD (State Bar No. 97098)
WILLIAM J. HAPIUK (State Bar No. 220574)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
E-mail:   judith.gold@hellerehrman.com
              bill.hapiuk@hellerehrman.com

Attorneys for Plaintiff
MICHAEL A. TODD

COUNSEL FOR DEFENDANT LISTED ON SIGNATURE PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MICHAEL ANDRE TODD,<br><br>                           Plaintiff,<br><br>     v.<br><br>A. LAMARQUE, *et al.*,<br><br>                           Defendants. | Case No. C 03-3995 SBA (BZ)<br><br>**PLAINTIFF'S AND DEFENDANT'S JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL OF CASE**<br><br>Judge:  Hon. Saundra Brown Armstrong |

The parties having resolved their disputes and executed a stipulation of settlement and mutual general release, it is hereby STIPULATED by plaintiff Michael A. Todd and Defenant Rogelio Garcia, by and through their respective counsel:

1. The plaintiff and the defendant have resolved all of the claims asserted in the Complaint, and have executed a stipulation of settlement and mutual general release.

2. Specifically excluded from the stipulation of settlement and mutual general release executed by Plaintiff Michael A. Todd and Defendant Rogelio Garcia are any and all claims of Plaintiff or his attorneys arising out of, or in any way relating to, the discovery

proceedings in this matter in which the California Department of Corrections and Rehabilitation (CDCR) appeared as a non-party, including, without limitation, Plaintiff's attempts to enforce subpoenas directed by him to CDCR, and the Court's orders regarding such discovery.

3. Certain proceedings relating to such non-party discovery dispute, and plaintiffs' claims and potential claims against CDCR for remedies and other relief for alleged discovery violations by CDCR were pending before Magistrate Judge Zimmerman before the trial commenced, and were continued by Magistrate Judge Zimmerman to an indefinite date after the conclusion of the trial. It is not the intention of the Plaintiff or of Defendant Rogelio Garcia to foreclose Plaintiff or his attorneys from pursuing such claims against CDCR and/or its employees or agents.

4. Plaintiff and Defendant agree that a Magistrate Judge may resolve any disputes arising from the parties' stipulation of settlement and mutual general release.

5. Subject to the above limitations, Plaintiff and Defendant jointly request that the Court dismiss the action with prejudice, retaining only such limited jurisdiction as is consistent with the foregoing.

DATED: March 11, 2008          Respectfully submitted,

By  /s/
    JUDITH Z. GOLD
    WILLIAM J. HAPIUK
    HELLER EHRMAN LLP

    Attorneys for Plaintiff
    MICHAEL ANDRE TODD

Heller
Ehrman LLP

PLAINTIFF'S AND DEFENDANT'S JOINT STIPULATION AND
[PROPOSED] ORDER REGARDING DISMISSAL OF CASE

1  By /s/
2
3  NEAH HUYNH
   JOSE ZELIDON-ZEPEDA
4
5  Attorneys for Defendant
   ROGELIO GARCIA
6
   **************
7
   The parties having resolved their disputes and executed a stipulation of settlement and mutual general release, and good cause appearing, it is hereby ORDERED that this action is dismissed with prejudice, except that the Court retains only such limited jurisdiction as is consistent with the foregoing joint stipulation of the parties.

   It is so ORDERED.

   DATED: March 12, 2008

   _____
   ...n Armstrong
   ...t Judge



DENIED
Judge Saundra B. Armstrong

Heller
Ehrman LLP

3
PLAINTIFF'S AND DEFENDANT'S JOINT STIPULATION AND
[PROPOSED] ORDER REGARDING DISMISSAL OF CASE