**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

MICHAEL A. TODD,

      Plaintiff,

v.

A. LAMARQUE, *et al.*,

      Defendants.

No. C 03-3995 SBA

**ORDER**

[Docket No. 419, 420, 433]

On May 16, 2008, the Court denied plaintiff Michael A. Todd's Motion to Refer Discovery Sanctions Motion to Magistrate Judge Zimmerman [Docket No. 420] on two grounds. First, that under Federal Rule of Civil Procedure 45(e), the Court had no authority to find non-party the California Department of Corrections and Rehabilitation (the "CDCR") in contempt, in responding to Todd's subpoena, because in violation of Rule 45(a)(2), Todd issued it from the Northern District of California, but sought to compel the production and inspection of documents in Sacramento, in the Eastern District of California. Second, the Court had no authority to find the CDCR in contempt, under Rule 45(e), for failing to attend and testify at a deposition, as ordered by a magistrate, where the CDCR was never served with a deposition subpoena, under Rule 45, compelling it to attend and testify, under Rule 30(a)(1) and (b)(6).

On May 22, 2008, under Civil Local Rule 7-9(a), Todd filed Motion for Leave to File Motion for Reconsideration. *See* Docket No. 433. In this motion Todd notes in his motion for reconsideration, he will support the argument that his subpoena to the CDCR sought the production and inspection of documents in *San Francisco*, at his attorneys' firm, and *not in Sacramento*. *See id.* Based on Todd's representations, the Court GRANTS his Motion for Leave to File Motion for Reconsideration [Docket No. 433]. In this regard, the Court SETS the following briefing schedule. Todd shall file his motion for reconsideration by June 10, 2008, the CDCR shall file any opposition

///

///

1 | or other response by June 16, 2008, and Todd shall file any reply or other response by June 19,
2 | 2008. Unless otherwise notified, the Court shall consider the matter submitted on the pleadings.

   IT IS SO ORDERED.

   June 3, 2008                              _____
                                             Saundra Brown Armstrong
                                             United States District Judge