**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| MICHAEL A. TODD, | No. C 03-03995 SBA |
| Plaintiff, | **ORDER** |
| v. | [Docket No. 450] |
| A. LAMARQUE, *et al.*, | |
| Defendants. | |

Before the Court is a letter from plaintiff's counsel indicating its firm is in dissolution and seeking guidance as to whether it should seek alternative representation for plaintiff. *See* Docket No. 450. Plaintiff's counsel is directed to seek alternative representation for plaintiff.

IT IS SO ORDERED.

October 21, 2008

_____
Saundra Brown Armstrong
United States District Judge