Paul W. Sugarman (Bar. No. 72854)
HELLER EHRMAN LLP, a California limited liability partnership in dissolution
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
E-mail: paul.sugarman@hellerehrman.com

Attorneys for Plaintiff
MICHAEL TODD

FILED
DEC 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MICHAEL TODD,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>A. LAMARQUE, et al.,<br><br>　　　　　　Defendants. | Case No. C 03-3995 SBA (BZ)<br><br>[PROPOSED] ORDER OF DISMISSAL OF ACTION<br><br>Judge: The Honorable Saundra B. Armstrong |

    Plaintiff's counsel, the firm of Heller Ehrman LLP, has informed the Court that it is in the process of dissolving and that it will shortly cease to practice law. The Heller Ehrman attorneys that represented Plaintiff in this pro bono action are no longer employed by Heller Ehrman.

    After the plaintiff's settlement of this action, this Court retained jurisdiction for the sole purpose of resolving an outstanding sanctions dispute in which Heller Ehrman, for its own account and not for the account of plaintiff, sought recovery of certain fees and costs. Heller Ehrman has advised the Court that it no longer seeks such recovery and that it withdraws its Motion For Discovery Sanctions.

    The Court finds that good cause exists for the withdrawal of the Motion for Discovery

1 | Sanctions. No further controversy remaining in this action, and good cause appearing therefore,
2 | IT IS ORDERED
3 | that this action shall be, and hereby is, dismissed and that all proceedings are concluded.
4 |
5 | DATED: December 8, 2008

_____
Hon. Saundra B. Armstrong
Judge of the U.S. District Court