1   EDMUND G. BROWN JR.
    Attorney General of California
2   THOMAS S. PATTERSON
    Supervising Deputy Attorney General
3   NEAH HUYNH, State Bar No. 235377
    Deputy Attorney General
4     Telephone:  (415) 703-5720
      E-mail:  Neah.Huynh@doj.ca.gov
5   JOSE ZELIDON-ZEPEDA, State Bar No. 227108
    Deputy Attorney General
6     Telephone:  (415) 703-5781
      Email:  Jose.ZelidonZepeda@doj.ca.gov
7     455 Golden Gate Avenue, Suite 11000
      San Francisco, CA  94102-7004
8     Fax:  (415) 703-5843
    *Attorneys for Defendant Garcia*

9
    Michael Todd
10  CDCR No. H-08125
    Salinas Valley State Prison
11  P.O. Box 1060
    Soledad, CA 93960
12  *Plaintiff in Pro Se*

13

14                 IN THE UNITED STATES DISTRICT COURT

15              FOR THE NORTHERN DISTRICT OF CALIFORNIA

16                         OAKLAND DIVISION

17

18

| | |
|---|---|
| **MICHAEL A. TODD,** | Case No. C 03-3995 SBA |
| Plaintiff, | **STIPULATION AND  ORDER:** |
| v. | **(1) VACATING REFERRAL TO MAGISTRATE JUDGE WAYNE BRAZIL (Docket 455); &** |
| **A. LAMARQUE, et al.,** | |
| Defendants. | **(2) TERMINATING JURISDICTION OVER ENFORCEMENT OF THE PARTIES' SETTLEMENT AGREEMENT (Docket 415)** |
| | Judge:    The Honorable Saundra B. Armstrong |

19

20

21

22

23

24

25

26

27

28                                      1

1    The parties have satisfied all of the terms and conditions of their settlement agreement,

2  including resolving all disputes from such agreement.  Accordingly, the parties request that the

3  Court vacate the referral to Magistrate Judge Wayne Brazil to resolve the settlement dispute and

4  terminate jurisdiction over enforcement of the parties' settlement agreement because there is

5  nothing left to enforce.  (*See* Order (Docket 415), Mar. 12, 2008; Order (Docket 455), Jan. 9,

6  2009.)

7    The parties so stipulate.

8          5/14/09                                   /s/
   Date: _____      _____
9                                         Michael Todd
10                                        Plaintiff in Pro Se

11
          5/18/09                                   /s/
12  Date: _____      _____
13                                        Neah Huynh
                                          Deputy Attorney General
14                                        Counsel for Defendant Garcia

15          ************************************************************

16    IN ACCORDANCE WITH THIS STIPULATION, the Court hereby vacates the January

17  9, 2009 order (Docket 455) referring the settlement-dispute matter to Magistrate Judge Wayne

18  Brazil and terminates jurisdiction over enforcement of the parties' settlement agreement.

19
20    The Clerk of Court shall close the case file.

21    It is so ordered.

22

23    Date:  5/21/09                      _____
                                          Saundra B. Armstrong
24                                        United States District Judge

25

26

27  SF2004400014; 20193493.doc

28                                        2